IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

JOSHUA GRIZZLE, DAVID LEONARD,
and CALEB PIERCY, on behalf of
themselves and all others similarly
situated,

    Plaintiffs,                                    CASE NO.:  **4:22-cv-109**

v.                                                    JURY TRIAL DEMANDED

HUNTINGTON INGALLS
INCORPORATED, d/b/a Newport News
Shipbuilding, a Tenneco Company,

    Defendant.

## JOINT MOTION FOR APPROVAL OF
## THE PARTIES' SETTLEMENT AGREEMENT AND
## DISMISSAL OF PLAINTIFFS' CASE WITH PREJUDICE; AND PLAINTIFF'S
## UNOPPOSED MOTION FOR CERTIFICATION OF FLSA COLLECTIVE ACTION

       The named Plaintiffs, Joshua Grizzle, David Leonard, and Caleb Piercy, by counsel, and the Defendant, Huntington Ingalls Incorporated, by counsel, (collectively the "Parties") jointly move this Court to approve their settlement agreement and dismiss Plaintiffs' claims with prejudice. Plaintiff further moves this Court to approve the FLSA collective action as defined herein, for settlement purposes only. Defendant does not oppose this Motion.

       In support of this joint motion, the Parties rely upon the accompanying memorandum in support, and all other pleadings and material properly on file with the Court in this action.

Respectfully submitted,

/s/ James H. Shoemaker, Jr.
James H. Shoemaker, Jr., VSB No. 33148
Patten, Wornom, Hatten & Diamonstein, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
Telephone: (757) 223-4580
Facsimile: (757) 249-1627
jshoemaker@pwhd.com
*Counsel for Plaintiffs*

/s/ Robert W. McFarland
Robert W. McFarland, Esq.
McGuire Woods
World Trade Center, Suite 9000
101 West Main Street
Norfolk, Virginia 23510
rmcfarland@mcguirewoods.com

Laura J. Cooley, Esq.
McGuire Woods
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
lcooley@mcguirewoods.com
*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that I will electronically file the foregoing with the Clerk of Court using the CM/ECF system on October 11, 2023, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ James H. Shoemaker, Jr.
James H. Shoemaker, Jr., VSB No. 33148
Patten, Wornom, Hatten & Diamonstein, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
757-223-4580
757-249-3242
jshoemaker@pwhd.com