UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| JOSHUA GRIZZLE, DAVID LEONARD, and CALEB PIERCY, on behalf of themselves and other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HUNTINGTON INGALLS INCORPORATED, d/b/a Newport News Shipbuilding, a Tenneco Company,<br><br>Defendant. | Case No. 4:22-cv-109-RBS-LRL |

### ORDER APPROVING SETTLEMENT AND DISMISSAL OF LAWSUIT WITH PREJUDICE

After a review of Plaintiffs' Unopposed Motion for Approval of Settlement and the Master Settlement Agreement Regarding Stipulated Collective Action ("Settlement Agreement"), the Court is satisfied that the settlement reached is a "fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act" and the Virginia Overtime Wage Act. *See Baust v. City of Virginia Beach*, 574 F. Supp. 3d 358, 363 (E.D. Va. 2021) (citing *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982)); 29 U.S.C. § 216; Virginia Code § 40.1-29(J).

It is therefore ordered and adjudged as follows:

1. The Settlement Agreement is APPROVED, including, but not limited to, the Collective Representatives' Service Awards of $3,400.00, which shall be divided between Plaintiffs Joshua Grizzle, David Leonard, and Caleb Piercy ("Plaintiffs"), the Collective

Counsel Payment of $ 17,000.00, and the Notice of Collective Action Settlement as attached to the Settlement Agreement and the notice process as outlined in the Settlement Agreement.

2.  That for sole purposes of the Settlement, an FLSA and Virginia Overtime Wage Act collective action is further certified, consisting of all employees subject to the Agreement between Newport News Shipbuilding ("NNS") and the United States Steelworkers, dated July 10, 2017-November 14, 2021; and the February 7, 2022-February 7, 2027 Agreement between Huntington Ingalls Incorporated and the United Steel, Paper and Forestry and Service Workers International Union, who worked for NNS in Newport News, Virginia between October 20, 2019 and the approval date of this Settlement Agreement ("Settlement Approval") as welders on a four (4) day on, four (4) day off schedule in the Joint Manufacturing and Assembly Facility, which is the persons listed as Collective Members on Exhibit A to the Master Settlement Agreement.

IT IS FURTHER ORDERED that:

- All capitalized terms not otherwise defined in this Order have the meaning ascribed to them in the Master Settlement Agreement;
- Plaintiffs are appointed as the representatives of the Collective; and
- Patten, Wornom, Hatten & Diamonstein, L.C. is approved as Collective Counsel for the Settlement Collective.

IT IS FURTHER ORDERED that the form and content of the Notice of Collective Action Settlement attached to the Master Settlement Agreement is adequate, proper, reasonable, comports with Due Process, and is hereby approved and authorized for distribution to the Collective Members.

IT IS FURTHER ORDERED that counsel for the Parties are authorized to jointly utilize all reasonable procedures in connection with approval and administration of the Settlement that are not materially inconsistent with this Order or the Master Settlement Agreement, including making, without further approval of the Court, minor changes to the form or content of the Notice, updating the list of Collective Members if appropriate to include all Collective Members approved, moderate extensions of time that do not alter effective dates, and minor changes to other exhibits that the Parties jointly agree are reasonable and necessary.

IT IS FURTHER ORDERED that this case be and is DISMISSED WITH PREJUDICE and without any award of attorneys' fees or costs except as provided herein and in the approved Master Settlement Agreement. The Court will maintain jurisdiction over the administration of the Master Settlement Agreement and the enforcement of this Order.

October 31, 2023
Date

/s/
Rebecca Beach Smith
Senior United States District Judge
The Honorable Rebecca Beach Smith
United States District Judge

170022991_6